IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| STEPHANIE COLLINS | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 609-008 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## ORDER

The Court has conducted a <u>de novo</u> review of the record in this case and concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Report and Recommendation is adopted as the opinion of the Court.

**ACCORDINGLY,** this matter is dismissed and the Clerk is directed to enter the appropriate judgment.

**SO ORDERED** this 20th day of October, 2009.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia